# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kellie Deits, individually and on behalf of all others similarly situated,<br><br>Plainitff,<br><br>v.<br><br>Rocket Mortgage, LLC,,<br><br>Defendant. | No. CV-23-02385-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Stipulation of Dismissal (Doc. 20).

**IT IS ORDERED** granting the parties' Stipulation (Doc. 20).

**IT IS FURTHER ORDERED** dismissing this case with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 25th day of March, 2024.

G. Murray Snow
Chief United States District Judge